**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| WENDY L. STACEY, | : |
| Plaintiff, | : |
| vs. | : CA 10-0066-C |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | : |
| | : |
| Defendant. | |

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that plaintiff be awarded attorney's fees in the amount of $1,039.50 under the Equal Access to Justice Act, representing compensation for six (6) hours of service by Ashley Brooke Thomas, Esquire, at the cost-of-living-adjusted rate of $173.25 an hour.

. **DONE** this the 21st day of December, 2010.

       s/WILLIAM E. CASSADY
       **UNITED STATES MAGISTRATE JUDGE**